UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERRICK TYRONE COLLINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO, CA,<br><br>　　　　　Defendant. | Case No.  21-cv-05588-SVK<br><br>**FURTHER SCREENING ORDER PURSUANT TO 28 U.S.C. § 1915(e)** |

On August 9, 2021, the Court issued an order granting Plaintiff's application to proceed *in forma* pauperis and screening the Complaint pursuant to 28 U.S.C. § 1915(e).  Dkt. 4 (the "First Screening Order").  The Court found that the Complaint failed to state a claim, and ordered as follows:

> To cure the defects in the Complaint, Plaintiff must provide additional allegations, made in good faith, (1) identifying the Defendant(s) in this case; (2) identifying the caption of the decision of the Social Security Commissioner that Plaintiff is challenging; (3) identifying the type of Social Security benefit sought; and (4) explaining how Plaintiff's other allegations relate to his challenge to the Social Security Commissioner's decision, if applicable.

*Id.* at 3.  The Court set a deadline of September 8, 2021 for Plaintiff to file an amended complaint and stated that if Plaintiff did not amend the Complaint by the deadline, the Court would recommend that this action be dismissed.  *Id.* at 3-4.  The Court also gave Plaintiff contact information for the Federal Pro Se Program at the San Jose Courthouse.  *Id.* at 4.

Since the Court issued the First Screening Order, Plaintiff has made two substantive submissions.  First, on or about August 13, 2021, Plaintiff filed a three-page document.  Dkt. 7.  The second and third pages of the August 13 submission are documents included in the original Complaint, but the first page is new.  Second, on or about September 10, 2021, Plaintiff mailed a letter to the Clerk of Court, requesting that an enclosed document be placed "upon the records due to part three of my complaint."  Dkt. 8 at 1.  The documents enclosed with Plaintiff's September

10 letter, which are marked "C.03," are:  (1) a letter to Plaintiff from Direct Express Fraud Services Department dated August 30, 2021, which stated that there was no error with respect to certain transactions because those transactions were not unauthorized (*id.* at 2); and (2) a handwritten "Notice of Coming Law Action" from Plaintiff to the Treasury Department, State of California, Social Security, and Omerca Bank, dated July 5, 2021, referring to certain financial transactions that Plaintiff claimed were in error (*id.* at 3).  The July 5, 2021 letter was also included with Plaintiff's original Complaint in this case.  *See* Dkt. 1 at PDF p. 10.

The documents submitted by Plaintiff on or about August 13 and September 10, 2021, do not address the deficiencies identified in the First Screening Order.  Although Plaintiff is free to submit additional exhibits along with an amended complaint, he must also amend the cover pleading document to set forth the information identified in the First Screening Order.  If Plaintiff intends to list the entities listed on page 1 of Plaintiff's August 13, 2021 filing and/or the recipients of Plaintiff's July 5, 2021 "Notice of Coming Law Action" as Defendants in this case, those entities should be named in the caption and identified in the body of the amended complaint.  The cover pleading should also give a short and plain statement of the facts giving rise to Plaintiff's claims against each Defendant.  Plaintiff is again reminded that he may seek assistance from the Federal Pro Se Program at the San Jose Courthouse.  The contact information is included in the First Screening Order and is also available at https://cand.uscourts.gov/pro-se-litigants/the-federal-pro-se-program-at-the-san-jose-courthouse/

In light of Plaintiff's pro se status and his August 13 and September 10, 2021 submissions, the Court will give Plaintiff an additional opportunity to file an amended complaint.  The amended complaint must include the information identified in the First Screening Order and discussed above.  The amended complaint must be filed by **October 27, 2021.**  If Plaintiff does not file such an amended complaint by the deadline, the Court will recommend dismissal of this case.

**SO ORDERED.**

Dated: September 27, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge